Affidavit Statement

Ning Ye, being duly sworn, deposes and says, under the penalty of perjury of law
I am a citizen of the United States, currently residing at 135-11 38th Avenue, Apt. 1A, Flushing, Queens, New York, 11354.

This Affidavit Statement is hereby issued in support of the Petitioner/Affiant's Petition for TRO with the U.S. District Court for the Eastern District of New York.

On December 28, 2020 I received a letter from the Broad of Elections in the City of New York, which officially informed me that my ballots personally cast at Flushing, New York, nearby my residence, was **not counted** for voting at the *wrong* poll site, on November 3, 2020. (See Exhibit 1).

The envelop was post-marked December 23, 2020.   It actually reached my residence on December 28m 2020 (Exhibit 2).

That Notice did not clarify what did it mean "wrong poll site".
On November 3, 2020, I got up at 5am in order to become first few voters in line to avoid waiting in long line.  My voting place is located at 147-26 25th Dr. Flushing NY 11354, the same zip code with my residence.

Together with me going to vote on this earlier morning is Ms. Shuqin Xu, my eyewitness in this instant case, who, as a volunteer monitoring personnel on GOP side, was assigned to that poll site at 147-26 25th Dr. Flushing NY 11354, where she also cast her own ballot because she did not have time to vote anywhere else, her duty would be ending at the closure of the poll site.

After the poll site opened, I become first group of the voters getting into the polling site, likely a school building. A polling worker, a colored man of about mid-fifties, checked my voter registration mail and also checked the computer, telling me that my prior polling site was also in Flushing, but at another polling site.  I then asked the gentleman whether should I went to that designated poll site which is located in a short distance.   He said I did not have to, just fill in an affidavit.

After I filled out my ballot, voting for President Donald Trump and other GOP candidates, and submitted it together with that later allegedly "invalid Affidavit" to the polling officer, he carefully checked every item and my signature and declared to me that everything is perfectly done and accepted it.

I asked him whether my ballot would be counted, he gave me an affirmative answer.

Only after I received affirmative answer that my ballot would be counted from that polling officer, I left the poll site at Flushing New York, sharing the same zip code of 11354 of my residence.

Now, almost two months having passed the 11/03/2020 voting day, the Board of Elections of New York informed me that my ballot, which was cast strictly following the law and the polling worker's advice was not counted, apparently for ulterior motive. I believe the Board disenfranchised me simply because I voted for President Donald Trump. There is no other reason. Everything I did, according to these records, are perfectly legitimate and regulatory.

It is crystal clear that I submitted my ballot to the polling officer who had received me at the first place together with the Affidavit he gave it to me and I filled out, signed and swore before the polling officer on November 3, 2020,. And everythignwas perfectly done with the polling officer's watchful examination.

When I checked the photocopy of my November 3, 2020 Affidavit which the Election Board mailed to me, post-marked December 23, 2020, and having found the photocopy of the 11/03/2020 Affidavit (Exhibit 3) matched the Affidavit I filled out, signed and swore before the polling officer on November 3, 2020 strictly following his instruction.

Exhibit 3 shows the Board mailed photocopy of the 11/03/2020 Affidavit, which was now declared by the Board as "invalid", is not a DIY paperwork. It was apparently prepared, designed and officially, uniformly issued by the Board of Elections. The New York Election Board found no place to mark their fancy reason of "invalidity" after exhausting all the preprinted blanks for designated reasons, therefore, it creatively remarked "Preliminary Affidavit Invalid".

Questions arise: How many Affidavits the New York Board of Elections was talking about? The Board was in apparent lack of candor when it accused this Affiant's non-existent "Preliminary Affidavit" that was adjudged by the Board to be "Invalid", triggering this Board's uniformly Issued Affidavit Oath invalid, and leading to his ballot voting for President Donald Trump "invalid". The Board did not provid any explanation or clarification of, or proof of, existence of such "preliminary Affidavit", which makes it excessively confusing. This Affiant did not design, make, issue, swear, present any "Affidavit" other than the one given to him for filling, executing under oath before the Polling Officer at the poll site.

There is no way to prove that the Affidavit he duly submitted to the polling officer on November 3, 2020 appears "invalid". It appears knowingly nonsensical for New York Board of Elections, to play the game of "invalidity" of its own made affidavit on its very surface, knowing such a sheer lie does not withstand any thoughtful challenges.

The only logical reason for the New York Board of Elections to declare my lawfully cast ballot invalid and uncounted is because I was found politically incorrect to have voted for President Donald Trump. To this sort of Board of Elections, there is likely no other reasons.

From this likely a tip of an iceberg, I don't know how many Trump ballots have been either discarded or invalidated one way or another. But at least my ballot and the ballot of Ms. Shuqin Xu, that of my eye witness, was also invalidated for the same reason.

She is also a Trump supporter and she also received a letter on December 28th 2020, from New York Broad of Election, which informed her that her ballot was not counted for "Invalid Affidavit" as well. (See her Affidavit as Exhibit 4)

There are likely credible reports on tons of election frauds and irregularities, this one appears to be a self-evident proof of politicized fraud and I am one of countless number of victims who has been unconstitutionally, fraudulently and maliciously disenfranchised by the New York Board of Elections by excluding my properly cast ballot. Bad as to one, bad as to all, we don't know how many similarly situated voters were disenfranchised one way or another in the State of New York as this tip of iceberg vividly demonstrates.

Wherefore, I humbly pray to this Honorable Court for urgent and appropriate relief to have the election wrongs corrected through immediate judicial remedy in the light of the integrity of our constitutional democracy.

With the solid evidence which was available just on December 28, 2020, Respondent appears to have knowingly or recklessly engaged in aggravated election frauds which have already resulted in massive scale constitutional violations while there is no sufficient time to have such enormous harms against the entire nation regarding to its collective safety against likely foreign invasion corrected before January 6th, 2020 if this Honorable Court did not take prompt judicial remedy facing such clear-cut evidence.    The facts also establishes the likelihood that this Petitioner, the similarly situated victims as of American citizens, henceforth the vital interests of the United States for her bare survival will suffer irreparable harm absent the requested temporary restraining order.

Petitioner humbly seeks a preliminary injunction to enjoin Respondent from continuing to exploit such rigid election and its poisonous fruit to harm the vital strategic interests of the United States, until the faulty election under the wrongful supervision of the Respondent is ordered corrected by recounting while these illegally disenfranchised citizens' ballots were properly recognized and recounted, and all faults corrected, under this Court appointed independent monitoring group.   If this Court finds it proper and necessary, a statewide re-election should be ordered to be held under the monitoring by this Court appointed independent monitors.

As explained in the Petition accompanying this Affidavit, Petitioner is entitled to a Temporary Restraining Order against the Respondent under these statutes in order to preserve and reinstate his disenfranchised constitutional rights and such rights of all similarly situated victims statewide. In absence of such immediate TRO protection, Petitioner, the similarly situated victims, and the nation of the United States, will suffer irreparable harm in the absence of such a TRO.

Due to want of solid evidence, no prior application for TRO and Show cause has been filed with any courts regarding this case.

Wherefore, accordingly, this undersigned respectfully prays tot his Honorable Court that a TRO to temporarily enjoin the constitutionally defective election in the City of New York under the wrongful manipulation of the Respondent from continuing and further harms against this petitioner, the similarly situated victims, as well as that of the nation of the United States.   .

Further affiant sayth naught.

_____
s/Ning Ye
Subscribed and sworn to before me on this 29th day of December, 2020.
_____
Notary Public:

GRACE WANG
Notary Public - State of New York
No. 01WA6316514
Qualified in Queens County
My Commission Expires Dec 15, 20 22