Exhibit 1

PATRICIA ANNE TAYLOR
President

FREDERIC M. UMANE
Secretary

JOSE MIGUEL ARAUJO
MIGUELINA CAMILO
GINO A MARMORATO
MICHAEL MICHEL
SIMON SHAMOUN
TIFFANY TOWNSEND
ROSANNA VARGAS
JOHN WM. ZACCONE
Commissioners



**BOARD OF ELECTIONS**
THE CITY OF NEW YORK
118-35 QUEENS BOULEVARD
11th Floor
FOREST HILLS, NY 11375
(718) 730-6730

www.vote.nyc.ny.us

MICHAEL J. RYAN
Executive Director

DAWN SANDOW
Deputy Executive Director

PAMELA GREEN PERKINS
Administrative Manager
GEORGEA KONTZAMANIS
Operations Manager
AMANDA BERINATO
CHIEF CLERK
BART HAGGERTY
DEPUTY CHIEF CLERK

## Invalid Affidavit Letter

12/22/2020

**NING YE**
**135-11 38 AVENUE 1A**
**FLUSHING NY 11354**

Dear Voter:

The Board of Elections in the City of New York has reviewed your affidavit ballot submitted for the recent election. Your affidavit ballot was not counted for the reason indicated below:

( )  On Election Day you were not a registered voter within the five (5) boroughs of New York City. The completed registration section on the affidavit ballot envelope serves as your new voter registration form. You will receive an acknowledgement notice when your registration is processed.

( )  You signed the Voter Registration Poll List Book, which indicates you voted on the poll site voting machine system.

( )  You did not sign the affidavit envelope or did not provide your current address as required by law.

(X)  You voted at the wrong poll site. A notice will be sent to advise you of your correct Election District, Assembly District, and poll site.

( )  You registered after the legal deadline for the election. Your voter registration has been processed and you are eligible to vote in future elections.

( )  The Special Election did not include your Election District.

( )  Other _____

Exhibit 2

Line CO-2-17 Q



**BOARD OF ELECTIONS
IN THE CITY OF NEW YORK
118-35 QUEENS BOULEVARD, 11TH FLOOR
FOREST HILLS, NY 11375**



US POSTAGE $001.20

**VOTER REGISTRATION DEPT.**

Invalid Att

NING YE
135-11 38 AVENUE 1A
FLUSHING NY 11354

Exhibit 3

# Affidavit Oath

Line 401 ENG/BEN r1/20

17/40

**A** Please provide the following required information (You MUST complete all sections)

**Your name**
- Last name: YE
- First name: NING
- Middle Initial: [blank]
- Suffix: [blank]

**The address where you live**
- Address (not P.O. box): 135-11 38th Ave.
- Apt. Number: 1A
- Zip code: [blank]
- City/Town/Village: Flushing
- New York State County: Queens

**Date of birth:** 06/03/1952
**Party enrollment:** Republican

**B** Please check each box that applies to you and fill in the appropriate blanks (You MUST check at least one)

- [ ] I have been informed by the inspectors that my registration record is not available to them, however I have duly registered to vote in this election district from the address given above, and I remain a duly qualified voter in this district.
- [x] I have moved within New York State since my last registration and have lived at the address listed above for at least 30 days before the date of the election. My previous address was: 148-10 Union St #10F Flushing NY 11355    COA 41/40
- [ ] I was required to present identification when I voted today, but I did not do so.
- [ ] I have not voted in this election, but the records of the Board indicate that I have already voted. 413605394
- [ ] For Primary Elections Only: I am enrolled in the political party stated in the section above, but the poll book does not reflect my correct enrollment.

**C** Additional information to register to vote in the event that you do not have a valid voter registration on file

**Qualifications**
- Are you a citizen of the U.S.? [x] Yes [ ] No
- If you answer No, you cannot register to vote.
- A) Will you be 18 years of age or older on or before election day? [x] Yes [ ] No
- B) Are you at least 16 years of age and understand that you must be 18 years of age on or before election day to vote, and that until you will be eighteen years of age at the time of such election your registration will be marked "pending" and you will be unable to cast a ballot in any election? [ ] Yes [ ] No
- If you answer No to both of the prior questions, you cannot register to vote.

**More information**
- Telephone (optional): 718-308-6626
- Gender (optional): M
- Email (optional): [blank]

**The address where you receive mail** (Skip if same as above)
- Address or P.O. Box: 135-11 38th Ave. #1A
- P.O. Box: [blank]
- Zip code: 11354
- City/Town/Village: Flushing, NY

**Voting history**
- Have you voted before? [ ] Yes [ ] No
- What year? [blank]

**Voting information that has changed** (Skip if this has not changed or you have not voted before)
- Your name was: [blank]
- Your address was: [blank]
- Your previous state or New York State County was: [blank]

**Identification** (You must make 1 selection)
- [ ] New York State DMV number
- [ ] Last four digits of your Social Security number xxx-xx-2840
- [ ] I do not have a New York State driver's license or a Social Security number.

**Political party** (You must make 1 selection)
I wish to enroll in a political party
- [ ] Democratic party
- [x] Republican party
- [ ] Conservative party
- [ ] Working Families party
- [ ] Green party
- [ ] Libertarian party
- [ ] Independence party
- [ ] SAM party
- [ ] Other
- [ ] I do not want to enroll in any political party and wish to be an independent voter
- [ ] No party

**D** All voters must date and sign the oath below

It is a crime to procure a false registration or to furnish false information to the Board of Elections

**Affidavit: I swear or affirm that**
- I am a citizen of the United States.
- I will have lived in the county, city or village for at least 30 days before the election.
- I meet all requirements to register to vote in New York State.
- This is my signature or mark in the box to the right.
- The above information is true, I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.

Sign: [signature]
Date: 11/03/2020

**For Board Use Only - To be completed by an Election Inspector**
Town/City: Queens
AD/Ward: 40
Election District: 17

**For BOE Borough Office Use Only**
- [ ] Not Registered
- [ ] Registered too late
- [ ] Enrollment match
- [ ] Miscellaneous
- [ ] Address Change
- [x] VSN 413605394
- [ ] Cancelled
- [ ] Wrong ED (sale)

PRELIMINARY AFFIDAVIT INVALID

VWS 21740
(D) Count: [ ] Yes [x] No
(R) Count: [x] Yes [ ] No
Transfer to ED

Rev. 03/27/2020



Exhibit 4

Affidavit Statement

Shuqin Xu, being duly sworn, deposes and says, under the penalty of perjury of law

I am a citizen of the United States, currently residing at 144-70 41st Avenue, Apt. 1R, Flushing, Queens, New York, 11355.

I respectfully submit this Affidavit Statement in support of Ning Ye's testimony upon Mr. Ye's request. I carefully read Mr. Ning Ye's Affidavit Statement in English which was translated to me in Chinese language, and I have found that Mr. Ning Ye's Statement is truthful and accurate to the best of my knowledge and belief, based upon my close observation of Mr. Ning Ye and occurrence about his going through the procedures at the polling spot as an eyewitness at on November 3, 2020.

Additionally, what occurred to Mr. Ning Ye also occurred to me. On December 28, 2020 I received a letter from the Broad of Elections in the City of New York, which officially informed me that my ballots personally cast at Flushing, New York, nearby my residence, was **not counted** for voting at the *wrong* poll site, on November 3, 2020. (See Exhibit 5).

The envelop was post-marked December 23, 2020. It actually reached my residence on December 28m 2020 (Exhibit 6).

That Notice did not clarify what did it mean "wrong poll site".

On November 3, 2020, I got up at 5am in order to become first few voters in line to avoid waiting in long line. My voting place is located at 147-26 25th Dr. Flushing NY 11354, the same zip code with my residence.

Together with me going to vote on this earlier morning is Mr. Ning Ye, next to me within the close range of my observation.

After the poll site opened, I become first group of the voters getting into the polling site, likely a school building. A polling officer checked my voter registration mail and also checked his computer terminal, telling me that my prior polling site was also in Flushing, but at another polling site. I told him that I would take my duty as a polling monitor after casting my ballot. He said to me that I fill in an affidavit. He gave all paperwork for me to fill out and sign together with my ballots. After I did all this, I submitted everything to him.

I filled out my ballot. I voted President Donald Trump, and submitted it together with completed Affidavit to that polling officer, he carefully checked every item and my signature and declared to me that everything is perfectly done and accepted it.

Everything I did, according to the records, is perfectly legitimate and regulatory.

When I checked the photocopy of my November 3, 2020 Affidavit which the Election Board mailed to me post-marked December 23, 2020, and having found the photocopy matched the Affidavit I filled out, signed and swore before the polling officer on November 3, 2020 strictly following his instruction.

The formed Affidavit was apparently prepared, designed and officially, probably uniformly issued by the Board of Elections. The New York Election Board found no place to mark that fancy reason in support of "invalidity" after exhausting all the preprinted blanks for designated reasons, therefore, it creatively remarked "Preliminary Affidavit Invalid". (Exhibit 7)

I did not design, make, issue, swear, present any other "Preliminary Affidavit" for the Board to declare "invalid" than the one given to me for filling, executing under oath before the Polling Officer at the poll site on November 3, 2020.

Like Mr. Ning Ye, my constitutional rights to vote was also invalidly disenfranchised by New York Board of Elections most likely to punish my commission of political incorrectness by voting for President Donald Trump in the eyes of the New York Board of Elections. Their propping up such clueless "invalidity of preliminary affidavit", that does not exist in this world, is simply a sheer lie.

There is no way to prove that the Affidavit I duly submitted to the polling officer on November 3, 2020 appears "invalid", leading to disenfranchising my voting rights. The only Affidavit I was given to fill out and sign was uniformly made, used, issued, received under the polling officer's examination on November 3, 2020.

I am willing and able to testify live under cross-examination.

_s/ Shuqin_
s/Shuqin XU

Subscribed and sworn to before me on this 29th day of December, 2020.

_____
Notary Public:

GRACE WANG
Notary Public - State of New York
No. 01WA6316514
Qualified in Queens County
My Commission Expires Dec 15, 2022

Exhibit 5

PATRICIA ANNE TAYLOR
President

FREDERIC M. UMANE
Secretary

JOSE MIGUEL ARAUJO
MIGUELINA CAMILO
GINO A MARMORATO
MICHAEL MICHEL
SIMON SHAMOUN
TIFFANY TOWNSEND
ROSANNA VARGAS
JOHN WM. ZACCONE

Commissioners



**BOARD OF ELECTIONS**
THE CITY OF NEW YORK
118-35 QUEENS BOULEVARD
11th Floor
FOREST HILLS, NY 11375
(718) 730-6730

www.vote.nyc.ny.us

MICHAEL J. RYAN
Executive Director

DAWN SANDOW
Deputy Executive Director

PAMELA GREEN PERKINS
Administrative Manager
GEORGEA KONTZAMANIS
Operations Manager
AMANDA BERINATO
CHIEF CLERK
BART HAGGERTY
DEPUTY CHIEF CLERK

## Invalid Affidavit Letter

12/22/2020

SHUQIN XU
144-70 41 AVENUE 1R
FLUSHING NY 11355

Dear Voter:

The Board of Elections in the City of New York has reviewed your affidavit ballot submitted for the recent election. Your affidavit ballot was not counted for the reason indicated below:

- ( ) On Election Day you were not a registered voter within the five (5) boroughs of New York City. The completed registration section on the affidavit ballot envelope serves as your new voter registration form. You will receive an acknowledgement notice when your registration is processed.

- ( ) You signed the Voter Registration Poll List Book, which indicates you voted on the poll site voting machine system.

- ( ) You did not sign the affidavit envelope or did not provide your current address as required by law.

- ( X ) You voted at the wrong poll site. A notice will be sent to advise you of your correct Election District, Assembly District, and poll site.

- ( ) You registered after the legal deadline for the election. Your voter registration has been processed and you are eligible to vote in future elections.

- ( ) The Special Election did not include your Election District.

- ( ) Other _____

Exhibit 6

Line CO-2-17 Q



**BOARD OF ELECTIONS
IN THE CITY OF NEW YORK
118-35 QUEENS BOULEVARD, 11TH FLOOR
FOREST HILLS, NY 11375**

US POSTAGE $001.20

VOTER REGISTRATION DEPT.

www.vot..

Invalid Affid

SHUQIN XU
144-70 41 AVENUE 1R
FLUSHING NY 11355

Exhibit 7

# Affidavit Oath

Line 401 ENG/BEN r1/20

17/40

**A) Please provide the following required information (You MUST complete all sections)**

**Your name**
- Last name: XU
- First name: Shuqin
- Suffix:
- Middle Initial:

**The address where you live**
- Address (not P.O. box): 144-70 41st Ave
- Apt. Number: 1R
- Zip code: 11355
- City/Town/Village: Flushing
- New York State County: Queens

**Date of birth:** 07/11/1956
**Party enrollment:** Republican

**B) Please check each box that applies to you and fill in the appropriate blanks (You MUST check at least one)**

☑ I have been informed by the inspectors that my registration record is not available to them, however I have duly registered to vote in this election district from the address given above, and I remain a duly qualified voter in this district.

☐ I have moved within New York State since my last registration and have lived at the address listed above for at least 30 days before the date of the election. My previous address was: _____

☐ I was required to present identification when I voted today, but I did not do so.

☐ I have not voted in this election, but the records of the Board indicate that I have already voted.

☐ For Primary Elections Only: I am enrolled in the political party stated in the section above, but the poll book does not reflect my correct enrollment.

**C) Additional information to register to vote in the event that you do not have a valid voter registration on file**

**Qualifications**
- Are you a citizen of the U.S.? ☑ Yes ☐ No
- A) Will you be 18 years of age or older on or before election day? ☑ Yes ☐ No
- B) Are you at least 16 years of age...? ☐ Yes ☐ No

**More information**
- Telephone (optional): 917-963-5371
- Gender (optional): F
- Email (optional):

**The address where you receive mail**
- Address or P.O. Box: 144-70 41st Ave
- P.O. Box: Apt 1R
- Zip code: 11355
- City/Town/Village: Flushing

**Voting history**
- Have you voted before? ☑ Yes ☐ No
- What year? 2016

**Voting information that has changed**
- Your name was: Shuqin Xu
- Your address was: 144-70 41st Ave. #1R Flushing NY11355
- Your previous state or New York State County was: Queens

**Identification** (You must make 1 selection)
- ☑ New York State DMV number: 1869836574
- ☐ Last four digits of your Social Security number
- ☐ I do not have a New York State driver's license or a Social Security number.

**Political party** (You must make 1 selection)
- ☐ Democratic party
- ☑ Republican party
- ☐ Conservative party
- ☐ Working Families party
- ☐ Green party
- ☐ Libertarian party
- ☐ Independence party
- ☐ SAM party
- ☐ Other
- ☐ I do not want to enroll in any political party and wish to be an independent voter
- ☐ No party

**D) All voters must date and sign the oath below**

It is a crime to procure a false registration or to furnish false information to the Board of Elections.

**Affidavit: I swear or affirm that**
- I am a citizen of the United States.
- I will have lived in the county, city or village for at least 30 days before the election.
- I meet all requirements to register to vote in New York State.
- This is my signature or mark in the box to the right.
- The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.

Sign: ShuQi Xu
Date: 11/03/2020

*For Board Use Use Only - To be completed by an Election Inspector*
Town/City: Queens
AD/Ward: 40
Election District: 17
PRELIMINARY AFFIDAVIT INVALID

Print by: cmienkiewicz, Printed on: 12/22/2020 11:35:12 AM

