```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
NING YE,                                                             :
                                                                     :
                              Petitioner,                            :
                                                                     :   20 Civ. 11072 (JPC)
              -v-                                                    :
                                                                     :   ORDER
NEW YORK BOARD OF ELECTIONS,                                         :
                                                                     :
                              Respondent.                            :
                                                                     :
-------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

On January 8, 2021, Ning Ye filed a motion to withdraw his petition for a temporary restraining order ("TRO"). (Dkt. 5.) This request is moot because the Court already denied his request for a TRO in an Opinion and Order filed on January 5, 2021. (Dkt. 4.) Ye also requests that the Court "release him from filing [a] comprehensive Complaint" in this case. (Dkt. 5 at 2.) The Court construes this as a voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to voluntarily dismiss an action without a court order.

Thus, the Clerk of Court is respectfully directed to close this case and mail a copy of this Order to Ye.

SO ORDERED.

Dated: January 8, 2021
       New York, New York                    _____
                                             JOHN P. CRONAN
                                             United States District Judge